# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130064(23)(26)

ARTHUR Y. LISS and BEVERLY LISS,
          Plaintiffs/Counter Defendants/
          Appellees,

v

SC: 130064
COA: 266326
Oakland CC: 03-046587-CK

LEWISTON-RICHARDS, INC.,
and JASON P. LEWISTON,
          Defendants/Counter Plaintiffs/
          Appellants.
_____

On order of the Chief Justice, motions by plaintiff-appellee for extension to September 20, 2006 of the time for filing their brief and by defendants-appellants for extension to October 18, 2006 of the time for filing their reply brief are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk